George Moises Romero Jr.
503985
Fairbanks Correctional Center
1931 Eagan Avenue
Fairbanks, Alaska, 99701

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

George M. Romero Jr.
    Plaintiff,

vs.
Parole Officer Kira Pitzer
Standing Master Spencer Ruppert
Fairbanks Police Officer Jason Pace
U.A.F. Police Officer Copeland
U.A.F. Police Officer (Unknown)
Parole Officer Amber Terrill
Alaska State Trooper Michael Gho
Alaska State Trooper Joshua (Unknown)
3 Unknown Alaska State Troopers
Fairbanks Prosecutor Anna Ralph
State Judge Matthew Christiansen
Public Defender Mary Kennedy
    Defendants,

4:24-cv-00030-SLG

PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. §1983

1.)

Comes Now, George M. Romero Jr., Pro Se Plaintiff and does invoke Federal Judicial Review under 28 U.S.C.S. § 1343(a)(3) of the following interstate commerce and liberty interest injuries that if accepted as true, state a valid cause for action and Federal Judicial relief from present, past and imminent injuries inflicted by executive and judicial State actors. George Moisés Romero Junior's (Romero) complaint under 42 U.S.C. §1983 alleges that Romero's Federally protected interstate commerce and liberty interest civil rights were intentionally violated by the above named State Actors in furtherance of suppressing competitive interstate commerce between Alabama and Alaska based businesses.

On or about 12/16/2022 in furtherance of Business owner Melinda Rae McAfee and her husband Alaska State Trooper Jeffrey S. McAfee Fairbanks Police Officer Jason Pace accompanied by P.O. Greg Workman did order Romero to leave the Carlson Center and accept an erroneous stalking sexual assault protective order thereby violating Romero's civil right to not have his liberty in engaging in competitive interstate commerce unjustly burdened. Out of the same series of occurrences and in furtherance of the same objective F.P.D. Officer Jason Pace, Parole Officer Kira Pitzer, Parole Officer Amber Terrill in violation of Alaska Statute 33.05.040 order Romero to cease work and school to report to the Parole Office in order to enable University of Alaska Fairbanks Police Officer Cassie McAfee their known officer who

3.)

trains with Jeffrey Scott McAfee to ambush Romero in order to prevent his participation in the University of Alaska Fairbanks paralegal program by threatening incarceration and further fabricated felonies. On or about 1/21/2023 in furtherance of the same objective and out of the same series of occurrences five or more Alaska State Troopers lead by A.S.T. Michael Gho, and McAfee's friend Joshua (unknown) did ambush Romero under the guise of arrest accusing Romero of pretended offenses and using deadly force to bend Romero over a work bench and humiliate Romero in various ways before transporting Romero to Fairbanks Correctional Center where Romero was

4.)

held without bail and denied the assistance of counsel by Melinda and Jeffery Scott McAfee's associate Standing Master Spencer Ruppert, who mocked Romero on record. Eventually Romero was given Public Defender Mary Kennedy who destroyed exculpatory evidence given to her and lied in furtherance of McAfee's interest. When Romero objected Judge Matthew Christiansen ignored Romero ultimately ruling Romero incompetent to represent himself because Romero rejected counsels lies and strategic defenses. State of Alaska Prosecutor Anna Ralph in furtherance of the McAfees and contrary to evidence and law did maliciously prosecute Romero for pretended offenses in furtherance of the

5.)

McAfee's interest in suppressing Romero's ability to participate in competive interstate commerce with Romero's business partner in Alabama, which is made evident in that State of Alaska prosecutor Anna Ralph did not offer Romero a deal until encouraged to do so by the presiding Judge which is contrary to custom and indicative of the State actors true intentions which were obviously to keep Romero incarcerated for the maximum amount of time permitted which, ultimately was accomplished despite Romero being acquitted, on 7/11/2023, in case No. 4FA-23-00155CR which was sealed to conceal crimes committed against 18 U.S.C. 241 and 242 all of which is malum in se and against the peace

and dignity of the United States of America, Romero's civil rights and the rights of American citizens as a whole. Romero request both punitive and compensatory damages in the amount of one hundred million dollars ($100,000,000.00), an order requiring defendants and their co-conspirators to cease and desist all said and implied abuses against Romero and a declaration that Romero is free and independent of the State of Alaska pursuant to Article I section II of the Alaska Constitution which provides and individual right to withdraw consent from State actors willfully violating a citizens rights under color of law and in bad faith.

Romero invokes a trial by jury pursuant to Article [VII] The Constitution of the United States Amendment [VII]. The standard should be a preponderance of the evidence and a speedy disposition of all proceedings.

8.)

Declaration under penalty of perjury.

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Fairbanks Correctional Center on 12/9/24

*George M. Romero J.*
George M. Romero Jr.
Fairbanks Correctional Center
1931 Eagan Ave.
Fairbanks, Alaska, 99701

9.)